**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-05-509-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Roxanne Denise French, | ) | |
| Defendant. | ) | |
| | ) | |

On September 15, 2006, Defendant was sentenced to 37 months' imprisonment for involuntary manslaughter. Doc. 41. During a routine review of its docket, the Court found an unresolved motion filed by Defendant on January 22, 2007. Doc. 51. Defendant requests that her sentence be modified to home confinement under Rule 35(b) of the Federal Rules of Criminal Procedure on the ground that she needs surgery and treatment for her degenerative disc disease which cannot be provided by the prison health system. *Id.*

Rule 35(b) grants the Court discretion to reduce a sentence, but only where the government files a motion seeking a reduction on the basis of substantial assistance by the defendant in investigating or prosecuting another person. The government has filed no such motion in this case.

1   **IT IS THEREFORE ORDERED** that Defendant's motion for reduction or
2   modification of sentence under Rule 35(b) (Doc. 51) is **denied**.
3   DATED this 25th day of October, 2010.

_____
David G. Campbell
United States District Judge